## BOAZ v. THE STATE.

LUMPKIN, J. The evidence being sufficient to support the verdict, and there being no error of law complained of, this court will not interfere with the discretion of the court below in refusing a new trial.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Argued June 19,—Decided July 17, 1905.

Indictment for gaming. Before Judge Fite. Gordon superior court. April 8, 1905.

*Starr & Erwin,* for plaintiff in error.
*Samuel P. Maddox, solicitor-general,* contra.

---

## BROWN v. THE STATE.

FISH, P. J. 1. Failure to establish the venue may be taken advantage of under a general assignment of error that the verdict is contrary to law and the evidence, though no question on that subject was raised before the trial court. *Tipton* v. *State*, 119 *Ga.* 304.

2. The record fails to show that the venue was proved, and therefore it was error to overrule the certiorari.

*Judgment reversed. All the Justices concur, except Simmons, C. J., absent.*

Argued June 19,—Decided July 17, 1905.

Certiorari. Before Judge Spence. Worth superior court. April 25, 1905.

*Payton & Hay,* for plaintiff in error.
*W. E. Wooten, solicitor-general,* and *J. H. Tipton,* contra.